Dean A. Ziehl. (State Bar No. 84529)
Alan J. Kornfeld (State Bar No. 130063)
Gillian N. Brown (State Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: dziehl@pszjlaw.com
       gbrown@pszjlaw.com

Special Counsel to Plaintiff

**FILED & ENTERED**

JAN 19 2011

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fortier    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BESHMADA, LLC<br><br>         Debtor.<br>_____<br>BESHMADA, LLC,<br><br>         Plaintiff,<br>vs.<br><br>STARPOINT PROPERTIES, LLC, BLACKHAWK PROPERTIES, LLC, MILL AVENUE PROPERTIES, LLC, MILL AVENUE PROPERTIES II, LLC, MILL AVENUE PROPERTIES III, LLC, MILL AVENUE PROPERTIES IV, LLC, 450 ROXBURY PROPERTIES, LLC, 450 ROXBURY PROPERTIES II, LLC, 450 ROXBURY PROPERTIES III, LLC, 450 ROXBURY PROPERTIES IV, LLC, 450 ROXBURY PROPERTIES V, LLC, 450 ROXBURY PROPERTIES VI, LLC, COLFAX PROPERTIES, LLC FOOTHILL RIDGE PROPERTIES, LLC, JENNIFER GREENHUT, VIRGIL AVENUE PROPERTIES, LLC, and PRINCETON HOLDINGS, LLC, | Case No. 2:09-bk-25523-BR<br><br>Chapter 11<br><br>Adv. No.: 2:10-ap-02361-BR<br><br>**ORDER DENYING DEFENDANT PRINCETON HOLDINGS, LLC'S MOTION TO DISMISS COMPLAINT [DOCKET NO. 6]**<br><br><br><br><br><br><br><br>Hearing<br>Date:      December 13, 2010<br>Time:      2:00 p.m.<br>Location: Courtroom 1668 |

:

09241-001\DOCS_LA:230394.1

The Court has considered *Defendant Princeton Holdings, LLC's Motion to Dismiss Complaint* [Docket No. 6] (the "Motion").  With good cause appearing therefor,

IT IS HEREBY ORDERED:

The Motion is DENIED

####

DATED: January 19, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as *[proposed] ORDER DENYING DEFENDANT PRINCETON HOLDINGS, LLC'S MOTION TO DISMISS COMPLAINT [DOCKET NO. 6]* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***December 27, 2010,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Hand Delivery**
Hon. Barry Russell
United States Bankruptcy Court
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 27, 2010 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**
09241-001\DOCS_LA:230394.1

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **_ORDER DENYING DEFENDANT PRINCETON HOLDINGS, LLC'S MOTION TO DISMISS COMPLAINT [DOCKET NO. 6]_** was entered on the date indicated as  Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_December 27, 2010_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an  Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an  Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*     **F 9021-1.1.NOTICE.ENTERED.ORDER**

09241-001\DOCS_LA:230394.1

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**2:10-ap-02361-BR Notice will be electronically mailed to:**

Gillian N Brown on behalf of Plaintiff Beshmada, LLC
gbrown@pszjlaw.com, gbrown@pszjlaw.com

Jeffrey A Krieger on behalf of Defendant 450 Roxbury Properties II, LLC
jkrieger@ggfirm.com

Sam Tabibian on behalf of Defendant Princeton Holdings, LLC
sam.tabibian@gmail.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**
09241-001\DOCS_LA:230394.1